UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

BRENDAN H.,                              )
                                         )
                    Plaintiff            )
                                         )
            v.                           )        2:22-cv-00340-LEW
                                         )
SOCIAL SECURITY ADMINISTRATION           )
COMMISSIONER,                            )
                                         )
                    Defendant            )

## ORDER ACCEPTING RECOMMENDED DECISION

On September 22, 2023, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision.  The time within which to file objections expired on October 6, 2023, and no objection was filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.  Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 21) of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The Commissioner's final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 20th day of October, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE